**Transferred case has been opened**
**ECF-CAND**  to: InterDistrictTransfer_NVD                    02/25/2014 05:49 PM

CASE: 2:13-cv-01883

DETAILS: Case transferred from Nevada
has been opened in California Northern District
as case 3:14-cv-00826, filed 02/24/2014.